E-FILED on  6/3/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | No. C-09-01715 RMW |
| JOSE V. FARIA, JR. and MARIANNA FARIA, | Bankruptcy Case No. 07-52621 |
| Debtors. | Adv. Proceeding No. 09-05035 |
| JOSE V. FARIA, JR. and MARIANNA FARIA, | ORDER DENYING MOTION TO WITHDRAW REFERENCE AS MOOT |
| Plaintiffs, v. | |
| GREAT WESTERN BANK, A FEDERAL SAVINGS BANK; LASALLE BANK NATIONAL ASSOCIATION; OCWEN FEDERAL BANK, FSB; OCWEN LOAN SERVICING, LLC, | [Re Docket No. 1] |
| Defendants. | |

Defendants LaSalle Bank National Association and Ocwen Loan Servicing, LLC, have moved to withdraw the reference of this adversary proceeding to the bankruptcy court pursuant to 28 U.S.C. §157(d). Plaintiff has since filed a voluntary dismissal of the adversary proceeding which renders the pending motion moot. Accordingly, defendant's motion to withdraw the reference is denied.

DATED:     5/21/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION TO WITHDRAW REFERENCE AS MOOT—No. C-09-01715 RMW
TER

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  Michael Jamchid Rouhani          sjlawmjr@aol.com

4

5

6  **Counsel for Defendants:**

7

   Eric D. Houser                   ehouser@houser-law.com
8

9  Robert Wayne Norman, Jr.         bnorman@houser-law.com

10

11

12  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

13

14

15

16  **Dated:**   6/3/09                              TER
                                            **Chambers of Judge Whyte**
17